UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 4:24-CR-38 |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCIS G. RALEIGH | ) | |

## ORDER

Application for leave of absence has been requested by Michael Z. Spitulnik, Assistant United States Attorney, for October 21, 2024, through October 25, 2024, for out of state Military Leave; November 29, 2024, for out of state personal leave; and December 30, 2024, through January 3, 2025, for out of state personal leave.

The above and foregoing request for leave of absence is GRANTED.

So ORDERED this 22nd day of October 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA